# EXHIBIT 1

# EXHIBIT 1



# EXHIBIT 2

# EXHIBIT 2

Case 2:10-cv-00573-kjd-RJJ   Document 1-4   Filed 09/14/10   Page 4 of 28

**reviewjournal**.com



Powered by 🄿 Clickability

Jul. 12, 2010
Copyright © Las Vegas Review-Journal

# SUMMERLIN COSTCO STORE: Slaying of Army veteran shocks friends

## Man shot by police was West Point grad

By LAWRENCE MOWER
©2010 LAS VEGAS REVIEW-JOURNAL

The man shot by police outside a Summerlin Costco store on Saturday was a graduate of the U.S. Military Academy at West Point with a master's degree from Duke University, friends said.

Army veteran Erik Scott, 39, was at the store near Charleston Boulevard and the Las Vegas Beltway with his girlfriend before three officers fatally shot him in a confrontation.

Friends and an attorney speaking on behalf of Scott's relatives, described him as a good man from a military family. His father was in the Air Force, and his grandfather fought in World War II, friend Mike Pusateri said.

"The most loyal, honest, trustworthy, salt-of-the-earth guy you could meet," said Pusateri, 38. "You only meet one or two of those kinds of guys in your life, and Erik is one of them."

Scott worked for Boston Scientific, a medical devices manufacturer, as a sales representative for the company's pacemakers. Attorney Ross Goodman, who represents Scott's family, said Scott was one of the company's top sales employees.

Pusateri and Goodman said Scott and his girlfriend were at the Costco because they were moving in together and wanted to buy the things they needed. The two men declined to discuss the events that led to the shooting.

According to Las Vegas police, officers were called to 801 S. Pavilion Center Drive at 12:47 p.m. by a store worker who said a man was destroying merchandise. Police were told the man had a gun.

Capt. Patrick Neville described Scott as "kind of going berserk." Workers evacuated the store. Officers stopped Scott outside as the customers were leaving.

Neville said an officer tapped the man on the shoulder and identified himself as police. Scott then spun around and reached for a gun, law enforcement officials said.

"They ordered him to the ground," Neville said of the officers on Saturday. "He does not comply with that order. He reaches for the weapon, pulls the weapon out, at which time, the weapon was out of the waistband."

Three officers fired multiple times, killing Scott.

One witness interviewed Saturday and three others interviewed Sunday by the Review-Journal gave accounts that differed from what police described.

With a few minor variations, the witnesses recounted matching sequences of events. The witnesses interviewed did not see what happened inside the store that prompted workers to call police. Three of the

witnesses, upset by the event, asked that their names not be published.

Once Scott was outside, none of the witnesses saw him brandish a weapon or make any movement that would seem like he was brandishing a weapon.

The first witness already had made his purchases and was waiting in line for a worker to check his receipt when he saw an officer enter the store. The officer whispered something to the worker checking the receipts. The first witness then heard that employee turn to another employee and say, "He said we should let him through."

The four witnesses described a calm rush of customers exiting the front of the store after Costco workers told everyone to leave.

Attorney David Amesbury said he arrived in time to see shoppers leaving. He described the customer exodus as being "like the aftermath of Disneyland."

A customer told Amesbury that he couldn't go in, so the attorney waited on a bench west of the entrance. He said he had a clear view of two officers standing beside the entrance with their guns drawn.

All four witnesses said they were within 20 feet of the store's main entrance. They said Scott walked out of the entrance with the crowd.

They described an officer shouting at Scott, then a quick succession of gunshots.

The witnesses differed in their recollection of what one of the officers said.

Amesbury heard, "I told you to stop. Stop."

Two witnesses interviewed Sunday heard, "Drop it."

A fourth witness, interviewed Saturday, heard, "Get down," "Put it down," or "Get out of the way."

A second anonymous witness said Sunday he saw Scott pull up his shirt and turn toward the shouting officer. Then he saw the man get shot, drop to his knees and fall face-first in front of the entrance.

"There wasn't even time for someone to react," the second witness said. "The guy didn't pull a gun. There was no gun in his hand, there was no gun on the ground."

The second witness said he was interviewed by homicide detectives and gave them the same account.

The first anonymous witness also didn't see Scott make a threat.

"I certainly did not see the guy do anything with a gun that would threaten anybody," the first witness said Sunday. "It appeared to me that if he had guns on him, that they were literally in his pocket or in his waist."

The first witness also was interviewed by homicide detectives about the shooting.

Amesbury said he did not see the man get shot, but, "When I go around the corner, I see this guy laid out. I didn't see a gun." Amesbury's view of the shooting was blocked by stone pillars. He was not interviewed by police.

Before the shooting, Scott was walking with a woman that three witnesses thought was his girlfriend. They said she became distraught after the shooting. The incident also left the witnesses shaken.

It's just incredible "with all these people around that Metro would provoke something there," the second witness said. "I don't want to second-guess the police, but wouldn't it have been better to confront him

out at his car?"

After the shooting, some people in the crowd panicked. An elderly woman was knocked down and cut her elbow in the chaos, the second witness said.

Only Scott was struck by gunfire .

Police said Scott had two handguns on him when he was shot. Goodman said Scott had a concealed-weapons permit.

Pusateri said his friend was a "safety freak" around guns. He said that "absolutely not in a million years" would Scott be careless with them around others.

Scott graduated from West Point, in New York, in 1994 and was stationed for a time at Fort Hood, Texas, as a tank platoon leader. In 2003, he graduated from Duke University in North Carolina with a master's degree in business administration.

Friends said they noticed nothing strange about Scott in the days before the shooting.

On Friday, Scott's vehicle was struck by another vehicle while he was rushing a pacemaker to Summerlin Hospital Medical Center, Pusateri said. Scott was not injured in the collision, and a firefighter took the device from the crash scene to the hospital, he said.

Friends were distraught and puzzled as to why police shot and killed Scott.

"He's a stand-up guy in the community," Goodman said. "This guy is not somebody to put himself in a situation like that."

Pusateri, who also sells medical devices, said Scott worked closely with patients in his job. He called Scott's job the "pinnacle" of the business.

"It's very, very sad," Pusateri said. "I'm shocked by it. It's the tragic loss of a great man."

Contact reporter Lawrence Mower at lmower@reviewjournal.com or 702-383-0440.


**Find this article at:**
http://www.lvrj.com/news/slaying-of-army-veteran-shocks-friends-98223884.html


☐  Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3

The owner of www.pistolaccents.com has extended the 10% discount an

## Man with CCW permit shot/killed at Costco

**Man with CCW permit shot/killed at Costco**
by **GlockNut** on Mon 12 Jul - 17:57



http://www.8newsnow.com/global/story.asp?s=12785291
3 Officers Involved in Shooting at Summerlin Costco

LAS VEGAS -- Three Las Vegas police officers were involved in a shooting at a Costco near Charleston and Pavilion Center in northwest Las Vegas.

Police have released few details about the shooting, but say the suspect was shot by three officers while exiting the store, He died from his injuries. Friends and family members say the suspect is Erik Scott, a West Point graduate, and in his 30's. One friend said Scott was at Costco to pick up a prescription.

"The individual was shot -- its out in the open area right near the tire store. He was transported to UMC where he was pronounced dead at that point," said Metro Capt. Patrick Neville. "He had

a weapon on him. I know the question is going to come up. The weapon is laying right out in front of the store. We also found another weapon when we transported him to the hospital."

The incident happened just before 1 p.m. Saturday. Police were called when Costco workers saw the suspect destroying merchandise inside the store. Someone noticed the suspect had a gun and store security evacuated customers and employees.

Police say when they approached the suspect, he drew a weapon and pointed it at officers. After refusing to drop the weapon, three officers fired multiple rounds, striking the suspect numerous times.

Costco employee Brenda Franklin says the scene was frightening. "We were told to immediately evacuate the store. No one told us why. They just told us to get out of the store. We immediately dropped what we were doing and exited. As soon as I got to the front door, I heard about five shots," she said.

There were no other reports of injuries. Officers credited the Costco security staff for evacuating everyone out of the store in a timely manner.

The officers are on paid administrative leave pending the outcome of the investigation. The confirmed identity of the suspect will be released by the Clark County Coroner's Office.


http://www.lvrj.com/news/slaying-of-army-veteran-shocks-friends-98223884.html
SUMMERLIN COSTCO STORE: Slaying of Army veteran shocks friends

Man shot by police was West Point grad

The man shot by police outside a Summerlin Costco store on Saturday was a graduate of the U.S. Military Academy at West Point with a master's degree from Duke University, friends said.

Army veteran Erik Scott, 39, was at the store near Charleston Boulevard and the Las Vegas Beltway with his girlfriend before three officers fatally shot him in a confrontation.

Friends and an attorney speaking on behalf of Scott's relatives, described him as a good man from a military family. His father was in the Air Force, and his grandfather fought in World War II, friend Mike Pusateri said.

"The most loyal, honest, trustworthy, salt-of-the-earth guy you could meet," said Pusateri, 38. "You only meet one or two of those kinds of guys in your life, and Erik is one of them."

Scott worked for Boston Scientific, a medical devices manufacturer, as a sales representative for the company's pacemakers. Attorney Ross Goodman, who represents Scott's family, said Scott was one of the company's top sales employees.

Pusateri and Goodman said Scott and his girlfriend were at the Costco because they were moving in together and wanted to buy the things they needed. The two men declined to discuss the events that led to the shooting.

According to Las Vegas police, officers were called to 801 S. Pavilion Center Drive at 12:47 p.m. by a store worker who said a man was destroying merchandise. Police were told the man had a gun.

Capt. Patrick Neville described Scott as "kind of going berserk." Workers evacuated the store. Officers stopped Scott outside as the customers were leaving.

Neville said an officer tapped the man on the shoulder and identified himself as police. Scott then spun around and reached for a gun, law enforcement officials said.

"They ordered him to the ground," Neville said of the officers on Saturday. "He does not comply with that order. He reaches for the weapon, pulls the weapon out, at which time, the weapon was out of the waistband."

Three officers fired multiple times, killing Scott.

One witness interviewed Saturday and three others interviewed Sunday by the Review-Journal gave accounts that differed from what police described.

With a few minor variations, the witnesses recounted matching sequences of events. The witnesses interviewed did not see what happened inside the store that prompted workers to call police. Three of the witnesses, upset by the event, asked that their names not be published.

Once Scott was outside, none of the witnesses saw him brandish a weapon or make any movement that would seem like he was brandishing a weapon.

The first witness already had made his purchases and was waiting in line for a worker to check his receipt when he saw an officer enter the store. The officer whispered something to the worker checking the receipts. The first witness then heard that employee turn to another employee and say, "He said we should let him through."

The four witnesses described a calm rush of customers exiting the front of the store after Costco workers told everyone to leave.

Attorney David Amesbury said he arrived in time to see shoppers leaving. He described the customer exodus as being "like the aftermath of Disneyland."

A customer told Amesbury that he couldn't go in, so the attorney waited on a bench west of the entrance. He said he had a clear view of two officers standing beside the entrance with their guns drawn.

All four witnesses said they were within 20 feet of the store's main entrance. They said Scott walked out of the entrance with the crowd.

They described an officer shouting at Scott, then a quick succession of gunshots.

The witnesses differed in their recollection of what one of the officers said.

Amesbury heard, "I told you to stop. Stop."

Two witnesses interviewed Sunday heard, "Drop it."

A fourth witness, interviewed Saturday, heard, "Get down," "Put it down," or "Get out of the way."

A second anonymous witness said Sunday he saw Scott pull up his shirt and turn toward the shouting officer. Then he saw the man get shot, drop to his knees and fall face-first in front of the entrance.

"There wasn't even time for someone to react," the second witness said. "The guy didn't pull a gun. There was no gun in his hand, there was no gun on the ground."

The second witness said he was interviewed by homicide detectives and gave them the same account.

The first anonymous witness also didn't see Scott make a threat.

"I certainly did not see the guy do anything with a gun that would threaten anybody," the first witness said Sunday. "It appeared to me that if he had guns on him, that they were literally in his pocket or in his waist."

The first witness also was interviewed by homicide detectives about the shooting.

Amesbury said he did not see the man get shot, but, "When I go around the corner, I see this guy laid out. I didn't see a gun." Amesbury's view of the shooting was blocked by stone pillars. He was not interviewed by police.

Before the shooting, Scott was walking with a woman that three witnesses thought was his girlfriend. They said she became distraught after the shooting. The incident also left the witnesses shaken.

It's just incredible "with all these people around that Metro would provoke something there," the second witness said. "I don't want to second-guess the police, but wouldn't it have been better to confront him out at his car?"

After the shooting, some people in the crowd panicked. An elderly woman was knocked down and cut her elbow in the chaos, the second witness said.

Only Scott was struck by gunfire .

Police said Scott had two handguns on him when he was shot. Goodman said Scott had a concealed-weapons permit.

Pusateri said his friend was a "safety freak" around guns. He said that "absolutely not in a million years" would Scott be careless with them around others.

Scott graduated from West Point, in New York, in 1994 and was stationed for a time at Fort Hood, Texas, as a tank platoon leader. In 2003, he graduated from Duke University in North Carolina with a master's degree in business administration.

Friends said they noticed nothing strange about Scott in the days before the shooting.

On Friday, Scott's vehicle was struck by another vehicle while he was rushing a pacemaker to Summerlin Hospital Medical Center, Pusateri said. Scott was not injured in the collision, and a firefighter took the device from the crash scene to the hospital, he said.

Friends were distraught and puzzled as to why police shot and killed Scott.

"He's a stand-up guy in the community," Goodman said. "This guy is not somebody to put himself in a situation like that."

Pusateri, who also sells medical devices, said Scott worked closely with patients in his job. He called Scott's job the "pinnacle" of the business.

"It's very, very sad," Pusateri said. "I'm shocked by it. It's the tragic loss of a great man."

---

**"The very atmosphere of firearms anywhere and everywhere restrains evil interference...
they deserve a place of honor with all that is good." - George Washington**
**Sometimes it is more important to have a "backbone" made out of polymer than out of calcium! The decision
to "protect" must be firmly made long before the time to protect arrives. "An admitted Glockaholic "**

**GlockNut**
Administrator

Registration date: 2008-07-26
Number of posts: 2350
Age: 39
Location: TN

HCP: 

Member of :

Profile

## Re: Man with CCW permit shot/killed at Costco
by **GlockNut** on Mon 12 Jul - 17:57

http://www.lasvegassun.com/news/2010/jul/10/police-investigate-shooting/
"I am a friend of the girlfriend of the man that was shot. Although I was not there. The information that I was told was that they entered Costco looking for camping supplies. They man wasn't destroying any merchandise. An associate saw the mans weapon and told him that fire arms were not allowed in the store. The man responded to the associate that he was with the military and that he had his concealed weapons permit. The associate then walked away. Another customer had walked up to them stating the store was being evacuated. Shocked, the man and his girlfriend looked at each other and the man said "you don't think that their evacuating the store because of me?" His girlfriend responded "I don't think so" He then said to her, "lets go, I'm going to put my fire arm in the car." They proceeded to walk out to the car and the man was told to put his hands up. He did. The man and his girlfriend were screaming to the police officers that "he was with the military and had a permit for the fire arms." They also were screaming "don't shoot!" The man then went to lift his shirt up, NOT remove his gun, and he was shot three times from different officers and killed. I was not there however, this is what was I was told. They cuffed him and never tried to help the man after he was shot.
It's a touchy situation. The gentleman made a fatal mistake if in fact he moved his arms at all after they told him to put his hands up. It is to my understanding that this man had no intentions of dying in Costco that day,or suicide by cop, nor did he ever threaten anyone or destroy any property in Costco. They were simply walking out with the rest of the crowd wondering what was going on.
Shooting a man two more times after being down after the first shot is disturbing to me. Opening fire like that in a parking lot where others could have been killed is also disturbing. I respect the police and realize they risk their lives each and everyday.The man and his girlfriend were screaming "don't shoot!"Did the associate who spoke to the man report to the police when he called 911 that the gentleman stated he was with the military and had a concealed weapons license? If not, shame on him. A man serves our country,comes home safe and then is killed bymetro. Why the hell would this guy walk out of the store if he was in there to shoot to kill? Or for that fact create a hostage situation? Like I say to all my friends, "If you get pulled over in this town, never reach for your glovebox to take out your information. Keep your hands on the wheel or out the window when the officer approaches your car. You might get shot." My heart goes out to the family."

---

**"The very atmosphere of firearms anywhere and everywhere restrains evil interference...**
**they deserve a place of honor with all that is good." - George Washington**
**Sometimes it is more important to have a "backbone" made out of polymer than out of calcium! The decision**
**to "protect" must be firmly made long before the time to protect arrives. "An admitted Glockaholic "**



**GlockNut**
Administrator

Registration date: 2008-07-26
Number of posts: 2350
Age: 39
Location: TN

HCP:

Member of :

Profile

---

## Re: Man with CCW permit shot/killed at Costco
by 2HOW on Mon 12 Jul - 20:36

psyco or suicide by cop ? BOTH

_____

Let us speak courteously, deal fairly, and keep ourselves armed and ready." - Theodore Roosevelt, San Francisco, CA, May 13, 1903



**2HOW**

Registration date: 2008-09-09
Number of posts: 1721
Location: Mooresburg, Tn.

HCP:

Member of : NRA
Military Veteran: United States Cavalry

Profile

WWW

---

## Re: Man with CCW permit shot/killed at Costco
by GlockNut on Mon 12 Jul - 23:10

An Update.

http://www.fox5vegas.com/news/24230085/detail.html

LAS VEGAS -- Las Vegas Metro police on Monday identified the three officers who shot and killed an armed man outside a Costco store in Summerlin.

They are Officer William Mosher, 38, a five-year veteran of the department, Officer Joshua Stark, 28, who has been with the department since September 2008, and Officer Thomas Mendiola, 23, who joined the department in March 2009.

The officers were placed on paid administrative leave after the shooting outside the store near Charleston Boulevard and Interstate 215.

Store security called police Saturday afternoon to report a man destroying merchandise. The store was evacuated when security realized the man was armed.

"There was a lot of people running across the parking lot -- running across the street right down here. Must have been about 50-60 of them. A lot of them were crying, and it was scary," said one customer, who identified himself only as Ron.

Officers confronted the man outside the store. When ordered to get on the ground, police said he reached for his gun, and the officers opened fire.

He was pronounced dead at University Medical Center.

Friends identified the man as Erik Scott, a West Point graduate who had a concealed weapons permit. Authorities have not released the man's identity.

---

"The very atmosphere of firearms anywhere and everywhere restrains evil interference...
they deserve a place of honor with all that is good." - George Washington
Sometimes it is more important to have a "backbone" made out of polymer than out of calcium! The decision
to "protect" must be firmly made long before the time to protect arrives. "An admitted Glockaholic "

**GlockNut**
Administrator

Registration date: 2008-07-26
Number of posts: 2350
Age: 39
Location: TN

HCP:

Member of : 

Profile

## Re: Man with CCW permit shot/killed at Costco
by towerclimber on Thu 15 Jul - 0:02

hmmm..something sounds pretty hokey to me.
West point guys are dumb but not THAT dumb...he wasn't in any mental distress...sounds to me
like the guy behind the counter called in a B.S. report to the cops...I hope he gets his
comeuppance for that.

_____

"What are the facts? Again and again and again-what are the facts? Shun wishful thinking, ignore divine revelation, forget
what "the stars foretell," avoid opinion, care not what the neighbors think, never mind the unguessable "verdict of history"--
what are the facts, and to how many decimal places? You pilot always into an unknown future; facts are your single clue. Get
the facts!"



**towerclimber**


Registration date: 2009-
04-02
Number of posts: 1352
Military Veteran: US
Army, Mechanized
Infantry, Cav..

[Profile]

## Re: Man with CCW permit shot/killed at Costco
by BattleBornRiverRat on Sun 18 Jul - 23:24

Im in vegeas, they are trigger happy. My wife and I are ccw, what I dont get is how they
noticed he was carying. He must not have had it buried too deep. I told my wife, If confronted
by police, touch the clouds and dont move.



**BattleBornRiverRat**

Registration date: 2010-
06-06

Number of posts: 36
Age: 40
Location: Henderson, Nevada


HCP:
Military Veteran: NAVY

Profile

WWW

## Re: Man with CCW permit shot/killed at Costco
by **GlockNut** on Mon 19 Jul - 0:42

> **BattleBornRiverRat wrote:**
> Im in vegeas, they are trigger happy. My wife and I are ccw, what I dont get is how they noticed he was carying. He must not have had it buried too deep. I told my wife, If confronted by police, touch the clouds and dont move.

Have you heard any more about this on the news? I keep hearing different stories like the cops were in the wrong and then I hear the guy was in the wrong.

_____
**"The very atmosphere of firearms anywhere and everywhere restrains evil interference...**
**they deserve a place of honor with all that is good." - George Washington**
**Sometimes it is more important to have a "backbone" made out of polymer than out of calcium! The decision**
**to "protect" must be firmly made long before the time to protect arrives. "An admitted Glockaholic "**

**GlockNut**
Administrator


Registration date: 2008-07-26
Number of posts: 2350
Age: 39
Location: TN

HCP: 

Member of :

Profile

## Re: Man with CCW permit shot/killed at Costco
by James on Mon 19 Jul - 5:50

My experience has been mostly California, the bay area and La, and most of the larger citys, but i think it probably holds over the rest of the country too in the larger citys. Cops are on the edge daily dealing with the crap that is going on so it doesn't take much for them to draw a weapon anymore, which is not a good thing, but certainly understandable.

Best thing to do is when confronted by the police, even if you have done nothing wrong, is make no sudden moves and keep your hands empty and in plain sight. Also don't start yelling and cussing but rather keep a smile on your face, it makes the good cops feel better and pisses off the bad cops... If in a car remain seated with hands on wheel, DO NOT reach to the glove box or under a seat!! If standing and things get tight, hands on head might be a good idea.

Another good idea for a CC person is when you inform the cop you have a gun, DO NOT REACH FOR IT! If he wants to see it just point to it... slowly open your coat and let them take it out of the holster, or if you do, just use the thumb and first finger on the grips only very slowly!

Remember, most cops are fairly decent Joes doing a crap job dealing with a lot of scum on a daily basis and they just want to get through their shift and go home. There are unfortunately, a few scum bags in uniform though and you never know which you are dealing with so be cool and take no chances. Pick another less stressful time to be stupid...

---



**James**


Registration date: 2008-07-26
Number of posts: 1988
Age: 72
Location: Oklahoma

[ Profile ]

---

### Re: Man with CCW permit shot/killed at Costco
by NRA_guy on Mon 19 Jul - 7:36

I thought cops were supposed to hold off killing somebody until they were pretty certain the person is an immediate danger to people around them.

Sounds like trigger happy cops to me.



**NRA_guy**


Registration date: 2010-01-18
Number of posts: 314
Location: Mississippi

Member of : NRA

[ Profile ]

## Re: Man with CCW permit shot/killed at Costco
by BattleBornRiverRat on Mon 19 Jul - 8:03

> **GlockNut wrote:**
>
> > **BattleBornRiverRat wrote:**
> > Im in vegeas, they are trigger happy. My wife and I are ccw, what I dont get is how they noticed he was carying. He must not have had it buried too deep. I told my wife, If confronted by police, touch the clouds and dont move.
>
> Have you heard any more about this on the news? I keep hearing different stories like the cops were in the wrong and then I hear the guy was in the wrong.

No they arent saying anything until after the investigation. Eye witnesses are unreliable right now, 10 eye witnesses all giving a different account of the events.



**BattleBornRiverRat**

Registration date: 2010-06-06
Number of posts: 36
Age: 40
Location: Henderson, Nevada

HCP:
Military Veteran: NAVY

Profile

WWW

## Re: Man with CCW permit shot/killed at Costco
by **GlockNut** on Wed 21 Jul - 22:56

Coroner's Inquest Set For Costco Shooting

LAS VEGAS -- The actions of officers who shot and killed a man outside a Summerlin Costco store will be examined during a Coroner's Inquest hearing Sept. 3, officials said Wednesday.

Las Vegas Metro police Officers William Mosher, Joshua Stark and Thomas Mendiola were placed on paid administrative leave earlier this month after the shooting of 39-year-old Erik Scott.

Police were called to the store after a complaint that someone was tearing up merchandise. But some witnesses dispute those claims.

Scott, a West Point graduate, was carrying a concealed weapon but did have a permit. The officers' actions were questioned by several witnesses who said he didn't threaten police with the gun when they confronted him outside the store.

Sheriff Doug Gillespie said he would not comment on the shooting until the investigation and inquest were complete. He urged the public to be patient with police in the wake of that incident and other officer-involved shootings.

---

**"The very atmosphere of firearms anywhere and everywhere restrains evil interference...**
**they deserve a place of honor with all that is good." - George Washington**
**Sometimes it is more important to have a "backbone" made out of polymer than out of calcium! The decision**
**to "protect" must be firmly made long before the time to protect arrives. "An admitted Glockaholic "**



**GlockNut**
Administrator

Registration date: 2008-07-26
Number of posts: 2350
Age: 39
Location: TN

HCP:

Member of :

[Profile]

---

## Re: Man with CCW permit shot/killed at Costco
by BattleBornRiverRat on Wed 21 Jul - 23:11

A guy I work with, his wife works for lvmpd word there is , they all are doubting the story from the officers. I guess the truth will come out



**BattleBornRiverRat**

Registration date: 2010-06-06
Number of posts: 36
Age: 40
Location: Henderson, Nevada

HCP:
Military Veteran: NAVY

[Profile]

[WWW]

---

## Re: Man with CCW permit shot/killed at Costco
by brickmanDan on Wed 21 Jul - 23:19

> **BattleBornRiverRat wrote:**
> A guy I work with, his wife works for lvmpd word there is , they all are doubting the story from the officers. I guess the truth will come out

To little to late...irreversible damage has been done. Maybe its just me but more and more people I talk to are getting more uneasy about LEO anymore. We need a resurgence of Peace officers in this country and not the ninja militarized police force that seems to be becoming the norm.

_____

United States militia

"Political Correctness is a doctrine, fostered by a delusional, illogical
minority, and rabidly promoted by an unscrupulous mainstream media, which holds
forth the proposition that it is entirely possible to pick up a turd by the clean end."



**We Surround Them**
**brickmanDan**
Administrator

Registration date: 2008-09-02
Number of posts: 2434
Age: 30
Location: Kentucky

HCP:

Member of :

Profile

---

### Re: Man with CCW permit shot/killed at Costco
by NRA_guy on Thu 22 Jul - 7:44

> **BattleBornRiverRat wrote:**
> A guy I work with, his wife works for lvmpd word there is , they all are doubting the story from the officers. I guess the truth will come out

With almost every arrest being video taped on cell phones, and with all those people around, why don't we have video of the confrontation?

And with all big box stores taping everything that goes on inside the stores, why is there no video of the guy destroying merchandise---if he was doing so?

Just seems strange to me.



**NRA_guy**



Registration date: 2010-01-18
Number of posts: 314
Location: Mississippi
Member of : NRA

Profile

---

## Re: Man with CCW permit shot/killed at Costco
by 4tsmith on Thu 22 Jul - 13:48

Most force regulations are pretty specific about seeing or knowing there is a weapon in play before trigger time.
It sounds more like someone was on the trigger before they KNEW they had a target and sympathetic reflex reared It's preditably ugly head and bit them.
I've already been bitten by an ACTIVIST who knew I was pro gun and convinced her clerk girlfriend that because I was wearing a fanny pack I must be carrying a gun and should be called in as a Possible Armed Perpitrater on the premises.
The rules for response should be a major chapter in every CCP class and always remain the same:Hands in plain sight,above the waistline,away from the body,follow instructions and commands,no sudden or self initiated movements,as soon as possible move both hands up and behind your head,maintain solid eye contact,answer in the affirmative(yes sir/officer,no sir/officer)If given instructions repeat them and describe each movement that you make as you slowly make those movements.Don't ever assume that they know thier butts from a hole in the ground about what they're doing (many are new or not well trained)If they ask you for ID,tell them where it is and offer to turn your body so they can keep your hands in full view and tell them that(most don't think about that but the offer helps set them at ease and signals your complete cooperation)Ask if they want the wallet or ID..always slow and smooth..think this stuff through before it happens because sooner or later it will so why not train to stop like you train to start.
My work put me in lots of bad places where even the good guys get rousted ALOT and when the

LA.PD or San Jose PD.in the toughest beat in town stick a 12ga.pump in your ear on a routine traffic stop,It's no time to make a bunch of stupid mistakes and let your survivors iron out the details in court.Always wait till after It's over to get angry or pissed and Never volunteer opinions and It's usually wise to thank them for thier polite, courteous or proffessional service or performance because you might meet them again and just like sales if you leave a good impression you win.Plus never doubt that they remember nice people and profile jerks,thugs and asshats,and never ever forget cranks,loonies or idiots.

It's maybe a preachy old guy thing but mutual respect works and cops catch a mountain of crap all day every day and they smell attitude like a cat smells fish.(and yeah I've met some that scare the hell out of me and make you wonder who was stupid enough to pin a badge on'em) But you can think all that AFTER you're on your way out the door.

**4tsmith**

Registration date: 2010-03-30
Number of posts: 261

Profile

---

**PERMISSIONS OF THIS FORUM:**

You **cannot** reply to topics in this forum

Home     Free forum  |  ©  phpBB  |  Free forum support  |  Contact  |  Report an abuse  |  Free forums

# EXHIBIT 4

# EXHIBIT 4

# *-APPLICATION-*

## Title

**Title of Work:** Slaying of Army veteran shocks friends. Man shot by police was West Point grad.

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 12, 2010          **Nation of 1st Publication:** United States

## Author

■     **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com          **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:** Steven A. Gibson

**Date:** September 9, 2010

**Applicant's Tracking Number:** 0001998

**Registration #:**

**Service Request #:**   1-484454258

**Application Date:**   09-09-2010 21:14:24

## Correspondent

**Organization Name:** Righthaven LLC

**Name:** Steven A. Gibson

**Address:** 9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States