J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ANTHONY PARSON, an individual,<br><br>Defendant. | Case No.: 2:10-cv-01571-KJD-RJJ<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

      Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Tuesday September 14, 2010 for copyright infringement against Paul Anthony Parson ("Mr. Parson"). Righthaven and Mr. Parson have agreed to settle the matter by a written agreement.

      Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Dated this sixth day of October, 2010.

                                      RIGHTHAVEN LLC

                                      By: /s/ J. Charles Coons
                                      J. CHARLES COONS, ESQ.
                                      Nevada Bar No. 10553
                                      9960 West Cheyenne Avenue, Suite 210
                                      Las Vegas, Nevada 89129-7701
                                      Attorney for Plaintiff